# Order

Michigan Supreme Court
Lansing, Michigan

January 29, 2021

148981

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PAUL J. BETTS, JR.,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 148981
COA: 319642
Muskegon CC: 12-062665-FH

On order of the Court, leave to appeal having been granted, and the briefs and oral argument of the parties having been considered by the Court, we DIRECT the parties to file supplemental briefs within 28 days of the date of this order addressing the following issues: if this Court finds that the retroactive application of the Sex Offenders Registration Act (SORA), MCL 28.721 *et seq.*, is unconstitutional, (1) whether the constitutional infirmity may be remedied through the application of the recently enacted 2020 PA 295; (2) if not, whether 2020 PA 295 has any effect on the potential remedy; and (3) what effect the answers to these questions have upon defendant's conviction pursuant to MCL 28.729 for failure to register under SORA.

WELCH, J., did not participate because the Court considered this order before she assumed office.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2021



t0126

Clerk